IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEJENA LHERISSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-548 |
| | § | |
| NCR CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO STAY
PROCEEDINGS PENDING ARBITRATION**

ON THIS DAY came on to be considered Defendant NCR Corporation's Unopposed Motion to Stay Proceedings Pending Arbitration. After consideration of Defendant's Motion and the pleadings on file, the court is of the opinion that Defendant's Motion [de #9] should be GRANTED.

NOW, THEREFORE, it is hereby ORDERED that all claims in the above action be and hereby are STAYED pending the completion of arbitration between the parties.

**SIGNED this the 25th day of April, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE