IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEJENA LHERISSON, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. 4:13-cv-00548 |
| NCR CORPORATION, | § § § |
| Defendant. | § |

**STIPULATION TO DISMISS CLAIM WITH PREJUDICE**

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between Dejena Lherisson and NCR Corporation, that all claims in the above entitled and numbered action shall be dismissed with prejudice and without costs to any party, all parties to bear their own costs and attorneys' fees.

Respectfully submitted,

ROSS LAW GROUP

By: _____
Charles L. Scalise
State Bar No. 2406421
charles@rosslawgoup.com
Daniel B. Ross
State Bar No. 00789810
daniel@rosslawgroup.com
1104 San Antonio Street
Austin, Texas 78701
Telephone: (512) 474-7677
Facsimile: (512) 474-5306

Attorneys for Plaintiff
Dejena Lherisson

57975354.1

FULBRIGHT & JAWORSKI LLP

By: _____
Mario A. Barrera
State Bar No. 01805915
mario.barrera@nortonrosefulbright.com
Stephen J. Romero
State Bar No. 24046756
stephen.romero@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Attorneys for Defendant
NCR Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles L. Scalise
Daniel B. Ross
Ross Law Group
1104 San Antonio Street
Austin, TX 78701

_____
Mario A. Barrera