IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEJENA LHERISSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-00548 |
| | § | |
| NCR CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS

A stipulation having been entered into by and between Dejena Lherisson and NCR Corporation by and through their respective attorneys and the court being fully advised in the premises:

NOW, THEREFORE, it is hereby ORDERED that all claims in the above action be and hereby are dismissed with prejudice and without costs.

**SIGNED this the 25th day of November, 2014.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE